# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

CAROL HESTER                                                    PLAINTIFF

VS.                                              CIVIL ACTION NO. 3:16-cv-936-CWR-FKB

JACKSON PUBLIC SCHOOL DISTRICT,
et al.                                                                    DEFENDANTS

## ORDER

Before the Court are Carol Hester's motion to compel discovery responses and for sanctions [58], her motion to amend her rebuttal in support of that motion [63], and Defendants' motion to file a surreply [64].

The Court held a hearing on these motions on April 3, 2018. During the hearing, the parties reached an agreement that resolves this discovery dispute. The terms of that agreement were announced by the parties on the record, but may be summarized as follows:

- Jackson Public School District ("JPS") will produce to Hester an Excel "pivot table" similar to one it has already provided, except that the data in the new pivot table will include all classified JPS employees for the previous five years.

- JPS will produce copies of the physical personnel cards it has on file for all classified employees over the previous five years.

JPS represented at the hearing that the production of the above-referenced "pivot table" and personnel cards could be completed by early-to-mid-July 2018. To establish a deadline for the production, the Court hereby orders that the production of the pivot table and personnel cards be completed no later than July 16, 2018.

As the parties have reached an agreement, the Court finds that motions [58], [63], and [64] are moot.

SO ORDERED, this the 6th day of April, 2018.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE